[No. 6616–1. Division One. July 30, 1979.]

KATHLEEN MARIE BROWNLEE, *Respondent,* v. THE
DEPARTMENT OF MOTOR VEHICLES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 822405, Carolyn R. Dimmick, J., entered May
15, 1978. *Reversed* by unpublished opinion per Andersen,
J., concurred in by Dore and Ringold, JJ.

[No. 6614–1. Division One. July 30, 1979.]

CORNELL GARDEN, ET AL, *Appellants,* v. HARLAN
McNUTT, *Respondent.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 145067, Paul D. Hansen, J.,
entered May 25, 1978. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Swanson, A.C.J., and
Andersen, J.

[No. 6854–1. Division One. July 30, 1979.]

THE CITY OF BELLINGHAM, *Respondent,* v. JOHN.
WINSLOW, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 9829, Jack S. Kurtz, J., entered July
14, 1978. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Callow, C.J., and Williams, J.

[No. 6721–1. Division One. July 30, 1979.]

*In the Matter of the Welfare of* JACQUELINE
JOANN JAMERSON.

Appeal from a judgment of the Superior Court for King
County, No. J–82736, H. Joseph Coleman, J., entered June
14, 1978. *Affirmed* by unpublished opinion per Dore, J.,
concurred in by Swanson, A.C.J., and Ringold, J.